# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

RAQUEL NUNEZ,

Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

Defendant.

CASE NO. 09CV1717-MMA (WVG)

**ORDER GRANTING JOINT
MOTION TO DISMISS**

[Doc. No. 13]

The parties have submitted a joint motion to dismiss the above-captioned matter, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. (Doc. No. 13.) Having considered the motion, and good cause appearing, the Court hereby **GRANTS** the motion. Accordingly, the Court dismisses this action with prejudice. Each party shall bear his/her own costs and expenses. The Clerk shall terminate the case.

**IT IS SO ORDERED**.

DATED:  November 13, 2009

Hon. Michael M. Anello
United States District Judge